■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN SULLIVAN, Appellant.— Judgment of the Supreme Court, Queens County, rendered March 16, 1967, affirmed (*People* v. *Harris*, 25 N Y 2d 175). Beldock, P. J., Christ, Hopkins, Munder and Kleinfeld, JJ., concur.

■ LOUIS V. ALBINI et al., Respondents, v. JOSEPH STANCO, as Building Inspector of the City of Glen Cove, et al., Appellants.— Judgment of the Supreme Court, Nassau County, dated December 30, 1968, affirmed, without costs, on the opinion at Special Term. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Kleinfeld, JJ., concur.